## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

---

In re:  
KIMBERLY L. SUTHERLAND

Debtors.

Case No. 19-01866  
Chapter 13  
Judge Janet S. Baer

Confirmation hearing:  
04/12/2019 10:00 a.m.

---

### NOTICE OF FILING

To:   See attached Service List.

**PLEASE TAKE NOTICE** that on this 4th day of April 2019, the undersigned caused to be electronically filed, with the Clerk of Court for the United States Bankruptcy Court, Northern District of Illinois, Eastern Division, YORKSHIRE SQUARE TOWNHOME OWNERS ASSOCIATION's OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN FILED JANUARY 23, 2019, a copy of which is attached hereto and served upon you herewith.

Benjamin J. Rooney

### PROOF OF SERVICE

The undersigned attorney certifies that he served a true and correct copy of the foregoing electronically to all parties eligible and by depositing same in the U.S. Mail, Wheaton, Illinois addressed to the parties appearing above on the 4th day of April, 2019.

Benjamin J. Rooney

SUBSCRIBED and SWORN to before me  
this 4th day of April, 2019.

Notary Public

#6308111  
Benjamin J. Rooney  
**KEAY & COSTELLO, P.C.**  
128 South County Farm Road  
Wheaton, Illinois 60187  
ben@keaycostello.com  
(630) 690-6446

OFFICIAL SEAL  
MICHELLE SCALES  
NOTARY PUBLIC - STATE OF ILLINOIS  
MY COMMISSION EXPIRES:08/17/20

## Service List

Kimberly L Sutherland
209 N Commerce St
Aurora, Illinois 60504

John J Lynch
Lynch Law Offices, P.C.
1011 Warrenville Road, Suite 150
Lisle, Illinois 60532
(By electronic notice through ECF)

Glenn B. Stearns
801 Warrenville Road Suite 650
Lisle, Illinois 60532
(By electronic notice through ECF)

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St, Room 873
Chicago, Illinois 60604
(By electronic notice through ECF)