UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 19-01866
KIMBERLY L. SUTHERLAND  )
  )  Chapter: 13
  )  Honorable Janet S. Baer
  )
  )  Joliet
Debtor(s)  )

## Order Modifying Automatic Stay

This matter coming before the court for hearing on YORKSHIRE SQUARE TOWNHOME OWNERS ASSOCIATION'S Motion for Relief from Stay pursuant to Section 362 of the Bankruptcy Code, due notice having been given to the parties in interest, the court having jurisdiction of the subject matter and the parties and being fully advised in he premises,

IT IS HEREBY ORDERED THAT:

1. YORKSHIRE SQUARE TOWNHOME OWNERS ASSOCIATION'S Motion for Relief from Stay as to 209 N. Commerce Street, Aurora, Illinois 60504 is granted.

2. The 14-day stay provision of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is waived.

Enter:  /s/ Janet S. Baer

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: May 03, 2019

**Prepared by:**

ARDC #6308111
Benjamin J. Rooney
Keay & Costello, P.C.
128 South County Farm Road
Wheaton, Illinois 60187
630-690-6446